United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Althea Ernell Lucas  
    Debtor

Case No. 16-13637-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: John　　　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Jul 12, 2016  
　　　　　　　　　　　　　　Form ID: pdf900　　　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.  
db　　　　　+Althea Ernell Lucas,　6512 N. Mascher Street,　Philadelphia, PA 19120-1037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　　E-mail/Text: bankruptcy@phila.gov Jul 13 2016 02:00:36　　City of Philadelphia,  
　　　　　　　City of Philadelphia Law Dept.,　Tax Unit/Bankruptcy Dept,　1515 Arch Street 15th Floor,  
　　　　　　　Philadelphia, PA  19102-1595  
smg　　　　　E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2016 02:00:24  
　　　　　　　Pennsylvania Department of Revenue,　Bankruptcy Division,　P.O. Box 280946,  
　　　　　　　Harrisburg, PA  17128-0946  
smg　　　　+E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2016 02:00:34　　U.S. Attorney Office,  
　　　　　　　c/o Virginia Powel, Esq.,　Room 1250,　615 Chestnut Street,　Philadelphia, PA 19106-4404  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:  
　　　　　GARY F. SEITZ　　on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,  
　　　　　　gfs@trustesolutions.net;hsmith@gsbblaw.com  
　　　　　GARY F. SEITZ　　gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
　　　　　HOLLY ELIZABETH SMITH　　on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com  
　　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION  
　　　　　　bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALTHEA ERNELL LUCAS, | ) | Case No. 16-13637 (MDC) |
| | ) | |
| Debtor. | ) | |

## ORDER

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT:

_Magdeline D. Coleman_

Dated: July 12, 2016

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Office of the U.S. Trustee
Gary F. Seitz, Chapter 7 Trustee
Creditors
Debtor