# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **ALTHEA ERNELL LUCAS,** | ) | **Case No. 16-13637 (MDC)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## PRAECIPE/NOTICE TO WITHDRAW IMPROPERLY FILED DOCUMENTS

TO THE CLERK:

Please withdraw docket entry number 28, which currently reads, "Chapter 7 Trustee's Report of No Distribution" as it was filed in error as this case is an asset case.

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN LLC

Dated: 7/25/2016

/s/ *Gary F. Seitz*
Gary F. Seitz (PA ID #52865)
Holly E. Smith (PA ID # 203979)
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street, Suite 470 West
Philadelphia, PA 19106
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmith@gsbblaw.com
*Counsel to Gary F. Seitz,*
*the Chapter 7 Trustee*