Certificate Number: 05781-PAE-DE-028037513

Bankruptcy Case Number: 16-13637



05781-PAE-DE-028037513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2016, at 1:53 o'clock PM PDT, Althea Lucas completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 9, 2016              By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President