United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Althea Ernell Lucas  
    Debtor

Case No. 16-13637-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: John | Page 1 of 1 | Date Rcvd: Dec 28, 2016 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
db          +Althea Ernell Lucas,   6512 N. Mascher Street,   Philadelphia, PA 19120-1037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
        GARY F. SEITZ   on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
         gfs@trustesolutions.net;hsmith@gsbblaw.com
        GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH   on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Althea Ernell Lucas                                        : Case No. 16–13637–mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 28, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

41
Form 195